UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PINEWOOD CAPITAL, LLC,

        Plaintiff,                    Case No. 15-cv-10128

v                                  Honorable Thomas L. Ludington

UNITED STATES DEPARTMENT OF
AGRICULTURE-RURAL DEVELOPMENT, et al.,

        Defendants.
_____/

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

On January 13, 2015, Defendant United States Department of Agriculture-Rural Development removed this action from the 54th Circuit Court for the State of Michigan pursuant to 28 U.S.C. § 1442. Plaintiff's attorney, however, is not in good standing of the bar of the Eastern District of Michigan and does not practice law in federal court.

On February 23, 2015, this Court directed Plaintiff to retain new counsel admitted to practice in the Eastern District of Michigan by March 6, 2015. Plaintiff was warned that failure to retain new counsel could result in dismissal of the case. Order 1, ECF No. 10. As of the date of this Order, Plaintiff has not retained new counsel, and therefore his case will be dismissed for failure to prosecute.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

                                          s/Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge

Dated: March 10, 2015

- 2 -

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail and on Thomas Fish, Pinewood Capital, LLC, 4580 State St., Suite 502, Saginaw, MI 48603 by first class U.S. mail on March 10, 2015.

                              s/Karri Sandusky
                              KARRI SANDUSKY